IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROGER DEAN BLACK,

    Petitioner,

v.

WARDEN, WAUPUN CORRECTIONAL INSTITUTION,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-588-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Roger Dean Black for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed with prejudice as barred by the statute of limitations.

_____
Peter Oppeneer, Clerk of Court

10/17/12
Date